# EXHIBIT "A"
# DEBTOR'S FOURTH AMENDED PLAN OF REORGANIZATION (AS IMMATERIALLY MODIFIED ON FEBRUARY 20, 2017)

## **EXHIBIT A**

## **EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE REJECTED**

1. AIA Document B105-2007; Standard Form of Agreement Between Owner and Architect for a Residential or Small Commercial Project; dated May 28, 2014, between Christopher and Stephanie Ridgeway and Ebsco Gulf Coast Development.
    a. As of August 4, 2016, a motion is presently pending before the Bankruptcy Court seeking to have this contract rejected. *See* Docket No. 96.