Case Name:
Christopher Martin Ridgeway

Case Number: 16-10643       Mthly Operating Rpt.
                            CHAPTER 11

October 1   to   December 31,   2018

| Mark One Box for Each Required Report/Document | THIS REPORT IS DUE 20 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following reports unless the United States Trustee has waived the requirement in writing. File original with Clerk of Court and duplicate with UST with an original signature. | |
|---|---|---|
| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
| { x } | {   } | Comparative Balance Sheet (Form 2-B) |
| { x } | {   } | Profit and Loss Statement (Form 2-C) |
| { x } | {   } | Cash Receipts & Disbursements Statement (Form 2-D) |
| { x } | {   } | Supporting Schedules (Form 2-E) |
| { x } | {   } | Narrative (Form 2-F) |
| { x } | {   } | Copies of Bank Statement (s) and Reconcilitions of Bank Balance to Book Balance for all Account (s) |

I declare under penalty of perjury that the following Monthly Financial Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on:   1/9/2019          Debtor (s):   /s/Christopher Ridgeway

                                 By:           [signature] CPA
                                 Position:     Certified Public Accountant

                                 Telephone No.
                                 of Preparer   (985) 898-3512

Case Name: Christopher Martin Ridgeway

Case Number: 16-10643					Qtly Fee Summary

Quarter Ended: December 31, 2018

| Payment Date | Cash Disbursements (2) | Quarterly Fee Due | Check No. | Date | Amt. Paid |
|---|---|---|---|---|---|
| October | 19,372.76 | | | | |
| November | 19,480.13 | | | | |
| December | 11,717.06 | | | | |
| Total 4th Quarter 2017 | 50,569.95 | $650 | Ck #125 | 2/27/2018 | $650 |
| January | 10,928.81 | | | | |
| February | 8,158.07 | | | | |
| March | 14,127.99 | | | | |
| Total 1st Quarter 2018 | 33,214.87 | $650 | Ck #128 | 5/8/2018 | $650 |
| April | 11,969.64 | | | | |
| May | 11,959.35 | | | | |
| June | 8,150.77 | | | | |
| Total 2nd Quarter 2018 | 32,079.76 | $650 | Ck #1264 | 8/3/2018 | $650 |
| | | | Ck #1265 | 8/8/2018 | $650 |
| July | 10,664.95 | | | | |
| August | 11,231.02 | | | | |
| September | 9,490.58 | | | | |
| Total 3rd Quarter 2018 | 31,386.55 | $650 | Ck #1292 | 10/18/2018 | $650 |
| October | 9,600.56 | | | | |
| November | 12,393.04 | | | | |
| December | 6,868.55 | | | | |
| Total 4th Quarter 2018 | 28,862.15 | $650 | | | |

Fee Schedule

| DISBURSEMENT CATEGORY | | QUARTERLY FEE DUE |
|---|---|---|
| Less than | $14,999.99 | $325 |
| $15,000 - | $74,999.99 | $650 |
| $75,000 - | $149,999.99 | $975 |
| $150,000 - | $224,999.99 | $1,625 |
| $225,000 - | $299,999.99 | $1,950 |
| $300,000 - | $999,999.99 | $4,875 |
| $1,000,000 - | or more | 1% of Qtrly Disbursements or $250,000, whichever is less |

Note that a minimum payment of $325.00 is due each quarter even if no disbursements are made in the case during the period.

(1) This summary is to reflect the current calendar year's information cumulative to the end of the reporting period.
(2) Should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.